**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-63164-BLOOM/Valle**

LANETTE BRYAN,

    Plaintiff,

v.

ANDREW M. SAUL, Commissioner of
Social Security Administration,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
<u>REPORT AND RECOMMENDATIONS</u>**

**THIS CAUSE** is before the Court upon Plaintiff Lanette Bryan's ("Plaintiff") Motion for Summary Judgment, ECF No. [27] ("Plaintiff's Motion"), and Defendant Andrew Saul's, as Acting Commissioner of the Social Security Administration, ("Defendant") Motion for Summary Judgment, ECF No. [28] ("Defendant's Motion"). In this case, Plaintiff seeks judicial review of a final decision of the Commissioner of the Social Security Administration, which denied Plaintiff's application for disability insurance benefits and supplemental social security income under the Social Security Act, 42 U.S.C. § 401, *et seq*. *See* ECF No. [1].

This case was referred to the Honorable Alicia O. Valle, United States Magistrate Judge, for a ruling on all pre-trial, non-dispositive matters, and a report and recommendation on any dispositive matters, pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1. ECF No. [19]. On February 6, 2021, Judge Valle issued her Report and Recommendations recommending that Plaintiff's Motion be denied, and she recommended that Defendant's Motion be granted. ECF No. [31] ("Report"). The Report further advised the parties that any objections to the Report were due

Case No. 19-cv-63164-BLOOM/Valle

within fourteen days of being served with a copy. *Id*. at 28; *see also* 28 U.S.C. § 636(b)(1)(C) ("Within fourteen days after being served with a copy [of a report and recommendations], any party may serve and file written objections . . . as provided by rules of court."). To date, neither party has filed objections to the Report, nor have they sought additional time within which to file objections.

The Court has nevertheless conducted a *de novo* review of the Report, the record in this case and the applicable law, and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon careful review, the Court finds Magistrate Judge Valle's Report to be well-reasoned and correct. The Court agrees with the analysis in the Report and concludes that Plaintiff's Motion should be denied, and Defendant's Motion should be granted for the reasons set forth therein.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Valle's Report, **ECF No. [31]**, is **ADOPTED**.
2. Plaintiff's Motion for Summary Judgment, **ECF No. [27]**, is **DENIED**.
3. Defendant's Motion for Summary Judgment, **ECF No. [28]**, is **GRANTED**.
4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 23, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Honorable Alicia O. Valle

Counsel of Record